# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L&H, INC.<br><br>          Plaintiff,<br><br>-against-<br><br>CHIJET MOTOR COMPANY, INC., and EQUINITI TRUST COMPANY, LLC, f/k/a AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC,<br><br>          Defendants. | Case No. 1:24-cv-06425-LTS |

### MOTION TO TEMPORARILY STAY PROCEEDINGS AND FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, Cooley LLP, Counsel for Defendants Chijet Motor Company, Inc. ("Chijet") and Equiniti Trust Company, LLC, f/k/a American Stock Transfer & Trust Company LLC ("Equiniti," and with Chijet, "Defendants"), and the individual attorneys from Cooley LLP who have appeared herein (collectively, "Cooley"), hereby move for leave to withdraw as counsel and for a temporary stay of proceedings pending Defendants' engagement of new legal representation.

As set forth in the accompanying Declaration of Aric H. Wu, dated March 24, 2025, Defendants have terminated their engagement of Cooley for this matter and instructed Cooley to cease any further work in the matter aside from this motion. *See* Wu Decl. ¶ 3. Per Rule 1.16(b)(3) of the New York Rules of Professional Conduct, "a lawyer shall withdraw from the representation of a client when . . . [t]he lawyer is discharged." N.Y. Comp. Codes R. & Regs. tit. 22 § 1200.1.16(b)(3); *see also In re Weiner*, 2019 WL 2575012, at *4 (Bankr. S.D.N.Y. June 21, 2019) ("It is undisputed that the Debtor terminated the services of the Firm and that the Firm accepted that discharge. . . . The Court cannot and will not compel the Firm to represent the Debtor.").

To afford Chijet and Equiniti adequate time to secure new legal representation, Cooley requests that the action be temporarily stayed for at least thirty (30) days. The only upcoming deadline in the case is March 27, 2025, for Equiniti's reply in further support of its motion to dismiss Plaintiff's claims against it. ECF No. 44.

This motion is being made at Defendants' request and with Defendants' consent. For all the reasons herein, Cooley and Defendants respectfully request that the Court:

a. grant Cooley leave to withdraw as counsel for Chijet and Equiniti;

b. temporarily stay the action and all pending deadlines in the action by at least thirty (30) days to afford Chijet and Equiniti adequate time to secure new legal representation; and

c. grant such other and further relief as this Court deems just and proper.

Dated: New York, New York
March 24, 2025

Respectfully submitted,

COOLEY LLP

By: /s/ Aric H. Wu
  Aric H. Wu

55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
ahwu@cooley.com

William K. Pao (*pro hac vice*)
Jonathan B. Waxman (*pro hac vice*)
Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
Tel: (213) 561-3250
wpao@cooley.com
jwaxman@cooley.com

The foregoing requests are granted. Cooley is hereby granted leave to withdraw as counsel for Chijet and Equiniti. Cooley is directed to serve a copy of this order on Chijet and Equiniti by **April 7, 2025**, and file prompt proof of such service that identifies the relevant service addresses and contact persons for those entities. This action, and all pending deadlines in the action, are hereby stayed until **May 16, 2025**. Chijet and Equiniti are hereby directed to appear by new counsel on or before that date. DE 47 resolved.
SO ORDERED.
4/02/2025
/s/ Laura Taylor Swain, Chief USDJ

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L&H, INC.,<br><br>                    Plaintiff,<br><br> -against-<br><br>CHIJET MOTOR COMPANY, INC., and EQUINITI TRUST COMPANY, LLC, f/k/a AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC,<br><br>                    Defendants. | Case No. 1:24-cv-06425-LTS |

## **DECLARATION OF SERVICE BY ELECTRONIC MAIL**

Pursuant to 28 U.S.C. § 1746, I, Aric H. Wu, declare as follows:

1. I am not a party to this action, am over 18 years of age, and am a partner at the law firm Cooley LLP, 55 Hudson Yards, New York, New York 10001.

2. On March 24, 2025, I served true and correct copies of the:

   a. Motion to Temporarily Stay Proceedings and for Leave to Withdraw as Counsel; and

   b. Declaration of Aric H. Wu in Support of Motion to Temporarily Stay Proceedings and for Leave to Withdraw as Counsel, on the following:

*Counsel for Plaintiff*
Rory G. Greebel
rgreebel@foxrothschild.com
Philip A. Langer
planger@foxrothschild.com


*Defendant*
Chijet Motor Company, INC.
corp.office@chijetmotors.com

*Defendant*
Equiniti Trust Company, LLC
David.Becker@equiniti.com
Erica.Goodstein@equiniti.com

3. I made such service by causing true and correct copies of the aforementioned documents to be attached to electronic mails and sending the electronic mails to the above mentioned electronic mail addresses.

I affirm this 24th day of March, 2025, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: March 24, 2025
      New York, New York

                      /s/    *Aric H. Wu*
                              Aric H. Wu