UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

L&H, INC.

        Plaintiff,

-v-                                                  No. 24-CV-06425-LTS

CHIJET MOTOR COMPANY, INC., and
EQUINITI TRUST COMPANY, LLC,

        Defendants.

-------------------------------------------------------x

        The Clerk of Court is respectfully directed to lift the stay entered in this case and restore the case to active status.

        SO ORDERED.

Dated: October 22, 2025
       New York New York

                                                                       /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                                  United States District Judge