UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

L&H, INC.,

Plaintiff,

-v- No. 24-CV-06425-LTS

CHIJET MOTOR COMPANY, INC., and
EQUINITI TRUST COMPANY, LLC,

Defendants.

-----------------------------------------------------x

ORDER

L&H, Inc. ("L&H" or "Plaintiff") brings this action against Chijet Motor Company, Inc. ("Chijet") and Equiniti Trust Company, LLC ("Equiniti" and, together, "Defendants"), asserting claims related to Defendants' purported breach of two contracts. On June 12, 2026, Plaintiff filed a Second Amended Complaint (docket entry no. 74), to which Defendants failed to interpose a timely answer or any otherwise move in this proceeding. On Plaintiff's motion, the Clerk of Court entered a certificate of default on August 13, 2026, and Plaintiff now seeks permission to move for a default judgment. (Docket entry no. 85.)

It is hereby ordered that Plaintiff may make a motion for default judgment as to Defendants. Such motion shall be briefed in accordance with the schedule set forth in S.D.N.Y. Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court. Pursuant to the Court's Individual Practices, Plaintiff must attach to its motion for default judgment a copy of the Clerk's Certificate of Default; an affidavit or declaration in accordance with SDNY Local Civil Rule 55.2(a)(1); and proof of service of the Summons and Complaint, the Motion for Default Judgment, the Clerk's Certificate of Default and the aforementioned

affidavit or declaration. See Indiv. Practices of C.J. Laura Taylor Swain § A(2)(d). The motion for default judgment must also include the papers required by S.D.N.Y. Local Civil Rule 7.1, including a memorandum of law, and must be accompanied by a proposed order detailing the proposed judgment to be entered. Finally, Plaintiff's motion papers must include legal authority and evidentiary submissions that "establish the proper rule for calculating damages" and enable the Court to determine the amount of damages with reasonable certainty. Santana v. Latino Express Restaurants, Inc., 198 F. Supp. 3d 285, 291 (S.D.N.Y. 2016) (citations omitted).

SO ORDERED.

Dated: New York, New York
September 10, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge