UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

L&H, INC.,

Plaintiff,

-v-

No. 24-CV-06425-LTS

CHIJET MOTOR COMPANY, INC., and
EQUINITI TRUST COMPANY, LLC,

Defendants.

-------------------------------------------------------x

ORDER

The Court has received and reviewed Defendants' motion to set aside the Clerk of Court's entry of default and the papers accompanying that motion (docket entry nos. 87-90). Several of the exhibits Defendants filed on ECF are not in a supported format. (E.g., docket entry nos. 88-1, 88-2, 88-3.) When previewed on ECF, these filings appear with strings of incomprehensible text, and when downloaded from ECF, the resultant PDFs appear with large swaths of blank space. Defendants are directed to submit corrected versions of their motion papers as soon as possible and by **September 28, 2026** at the latest. Upon Defendants' submission of the corrected motion papers, the ensuring motion practice shall be briefed in accordance with the schedule set forth in S.D.N.Y. Local Civil Rule 6.1.

Defendants are encouraged to contact the Court's Civil Docketing Unit or the ECF Help Desk at (212) 805-0800 with any questions regarding electronic filing.

SO ORDERED.

Dated: New York, New York
September 24, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge